COPY MAILED TO ALFREDO SALAZR (Reg # 17347-408), FCI Loretto - FEDERAL CORRECTIONAL INS., P.O. BOX 1000 CRESSON, PA  16630 AM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-　　　　　　　　　　　　　　　　　　14-cr-0619 (LAK)

ALFREDO SALAZAR,

        Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Before the Court is defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

        On February 27, 2017, the defendant was sentenced principally to a term of imprisonment of 120 months. On December 5, 2023, defense counsel moved for a reduction of sentence. On December 28, 2023, the Probation Office completed a Supplemental Presentence Report indicating that the defendant is not eligible for a sentence reduction under the terms of Amendment 821. On January 4, 2024, the Government submitted a letter to the Court reiterating that the defendant does not qualify for a sentence reduction.

        The Court has considered the record in this case and the submissions of the parties and the Probation Office. The Court finds that the defendant is ineligible for a sentence reduction under Amendment 821 to the Sentencing Guidelines because he did not receive an enhancement for committing the instant offense while under a criminal justice sentence, and because the defendant does not have zero criminal history points.

It is hereby ORDERED that the defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) is denied.

SO ORDERED.

Dated: January 9, 2024

_____
Lewis A. Kaplan
United States District Judge